GOODWINS, INC., et al., Appellants, *v.* FRANK HAGEDORN, as President of Department Store & Variety Store Employees Union, Local 1115A, Retail Clerks International Association, A. F. of L., et al., Respondents, et al., Defendants.

Submitted November 19, 1951; decided December 4, 1951.

Motion for reargument denied, with $10 costs and necessary printing disbursements.

In voting for reversal in separate opinion, CONWAY and FROESSEL, JJ., concurred with LOUGHRAN, Ch. J., that section 876-a of the Civil Practice Act does not bar injunctive relief here. [See 303 N. Y. 300.]